W. ALBERT SWASEY, Respondent, v. ROBERT W. DASEY, Appellant.— Order of the County Court of Nassau county, as resettled, denying motion to vacate judgment, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

INEZ I. TERRELL, Respondent, v. CLARENCE J. SQUIRES, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

JESSE H. WASSERMAN and SELMA WASSERMAN, Respondents, v. " GEORGE " AREZZO LUPIS, etc., Appellant.— Order granting motion to punish defendant for contempt reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The provisions in the judgment directing defendant to pay money to plaintiffs may only be enforced by execution and may not be enforced by proceedings in contempt. (Gen. Const. Law, § 28-a;* Judiciary Law, § 753, subd. 3; Civ. Prac. Act, § 504, subd. 1; Id. § 505, subds. 1, 2, 4; *Kittel* v. *Stueve*, 11 Misc. 279; affd., 146 N. Y. 380; *Harris* v. *Elliott*, 163 id. 269; *Leerburger* v. *Watson*, 169 App. Div. 48, 52.) Rich, Young, Seeger and Carswell, JJ., concur; Lazansky, P. J., dissents.

CAROLINE C. WELLS, Executrix, etc., of FRANK WELLS, Deceased, Respondent, v. A. B. LEACH & Co., INC., and Others, Appellants. WILFRED E. FULCHER and Others, Defendants.— Order setting aside verdict unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

ELIZA HALSEY WELLS, Appellant, v. HENRY MANNING WELLS, JR., Respondent.— Order amending interlocutory judgment *nunc pro tunc* reversed upon the law, without costs, and the cause remitted to the Special Term for action in accordance with this decision. The application of defendant was for an order to vacate the judgment and for submission to the court of an affidavit bearing upon the question of alimony, which, by stipulation of the parties, should have been considered by the court, but which had in some way been overlooked. The court had no power to amend the interlocutory judgment. The appropriate procedure was to vacate the judgment and, after consideration of the affidavit, to make a new finding and enter judgment thereon. The court at Special Term has considered the affidavit and properly found that a weekly payment of twenty-five dollars is adequate. Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ., concur.

CHARLES EVERETT WILLIS, Respondent, v. HERBERT T. CASSIDY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

YATES & LEACH, INC., Respondent, v. GEORGE C. F. BERGOLD and Others, Appellants.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

FRANK G. SMILEY, Respondent, v. ELHAR BUILDING CORPORATION, Appellant.— Application denied, with ten dollars costs.

HENRY DAGGETT BULKLEY, Respondent, v. ROUKEN GLEN, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.